| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Richard W. | U.S. District Court D.D.C. | 05/23/2016 |

| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Retired from Active Status 3/16/2016 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>03/16/2016 |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Ave. NW
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney | Individual #1 |
| 2. | Director | Council for Court Excellence |
| 3. | Director | Abramson Scholarship Foundation |
| 4. | Director | Historical Society of the D.C. Circuit |
| 5. | Trustee | Vassar College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 05/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015-2016 | ▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | March 27-28, 2015 | New York, NY | Dinner Honoring Federal Judiciary | Transportation, Meals and lodging provided. |
| 2. | Vassar College | February 26-28, 2015 | Poughkeepsie, NY | Trustees' meeting | Transportation. Meals and lodging provided. |
| 3. | Vassar College | May 28-31, 2015 | Poughkeepsie, NY | Trustees' meeting | Transportation. Meals and lodging provided. |
| 4. | Vassar College | October 22-24, 2015 | Poughkeepsie, NY | Trustees' meeting | Transportation. Meals and lodging provided. |
| 5. | Vassar College | February 25-27, 2016 | Poughkeepsie, NY | Trustees' meeting | Transportation and one meal. Other meals and lodging provided. |

| 6. | Harvard Law School | January 12-16, 2015 | Cambridge, MA | Trial Advocacy Faculty | Transportation and some meals. Lodging and other meals provided. |
|---|---|---|---|---|---|
| 7. | Harvard Law School | September 21-25, 2015 | Cambridge, MA | Trial Advocacy Faculty | Transportation and some meals. Lodging and other meals provided. |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Richard W.** | 05/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Henry Morris, Arent Fox LLC | Two tickets to suite for concert at Verizon Center | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Justice Federal Credit Union | B | Interest | N | T | | | | | |
| 2. | Citibank Accounts | A | Interest | N | T | | | | | |
| 3. | Delhaze American Common Stock | A | Dividend | J | T | | | | | |
| 4. | Small Claims Judgment against John Bowen | | None | J | T | | | | | |
| 5. | ▨ 401(K) (Fidelity) (cont'd on 50) | | | | | | | | | |
| 6. | -NTGI S&P 500 | | None | | | Closed | 08/20/15 | M | | |
| 7. | -NT Russell 2000 | | None | | | Closed | 08/20/15 | K | | |
| 8. | -NTGI SH Term Investment | A | Int./Div. | | | Closed | 08/20/15 | M | | |
| 9. | ▨ Stock | | None | J | T | | | | | |
| 10. | -Harbor Mid Cap Growth | | None | | | Closed | 08/20/15 | L | | |
| 11. | -GMO Global Eq Allocation | | None | | | Closed | 08/20/15 | L | | |
| 12. | -PIMCO SEP MGD Account | A | Dividend | | | Closed | 08/20/15 | L | | |
| 13. | Federated Capital Reserves (JL) | | None | J | T | | | | | |
| 14. | Nuveen Multi-Strategy + Inc. (JL) | A | Dividend | J | T | | | | | |
| 15. | ▨ Employee Stock Options | | None | M | T | | | | | |
| 16. | ▨ Stock (UBS) | | None | N | T | | | | | |
| 17. | Wells Fargo Accounts #3 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 05/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Gr+Inc. Fund (JL) | A | Dividend | J | T | | | | | |
| 19. Washington Mut. Invr. Fund (JL) | A | Dividend | J | T | | | | | |
| 20. Europacific Gr. Fund (JL) | A | Dividend | J | T | | | | | |
| 21. Europacific Growth Fund (RJ IRA) | B | Dividend | K | T | | | | | |
| 22. Fidelity Advisor New Insights (RJ IRA) | C | Dividend | L | T | Sold (part) | 12/02/15 | K | D | |
| 23. iShares 1-3 Year Treasury (RJ IRA) | A | Dividend | | | Sold | 12/02/15 | K | A | |
| 24. iShares MSCI EAFE (RJ IRA) | B | Dividend | K | T | | | | | |
| 25. JP Morgan Value Advantage (RJ IRA) | C | Dividend | L | T | Sold (part) | 12/02/15 | K | D | |
| 26. Vanguard Total Stock Market (RJ IRA) | C | Dividend | M | T | Sold (part) | 12/02/15 | K | E | |
| 27. ▇▇ Stock (RJ) | | None | L | T | | | | | |
| 28. Cash Account (RJ IRA) | A | Interest | K | T | | | | | |
| 29. Cash Account (RJ) | A | Interest | K | T | | | | | |
| 30. US Treasury Strip (RJ IRA) | | None | K | T | | | | | |
| 31. Fidelity Municipal Income FD (RJ) | D | Dividend | | | Sold | 12/02/15 | M | B | |
| 32. Century Link Stock (RJ) | B | Dividend | | | Sold | 12/02/15 | K | A | |
| 33. Ally Bank | B | Int./Div. | L | T | | | | | |
| 34. Discover Bank | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 05/23/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Fund Money Market -529A, 654 | | None | J | T | | | | | |
| 36. Washington Mutual Investors -529A, -061 | A | Dividend | | | Closed | | J | A | |
| 37. The Bond Fund of America, -529A, -061 | A | Dividend | | | Closed | | J | A | |
| 38. U.S. Government Securities, -529A, -061 | A | Dividend | K | T | | | | | |
| 39. American Funds Money Market -529A, -061 | A | Dividend | K | T | | | | | |
| 40. Blackrock Global Allocation (RJ IRA) | A | Dividend | | | Sold | 12/02/15 | L | C | |
| 41. iShares STIP (RJ IRA) | A | Dividend | | | Sold | 12/02/15 | K | A | |
| 42. JPMorgan Strategic Incom (RJ IRA) | B | Dividend | M | T | Buy (add'l) | 12/02/15 | K | | |
| 43. Fidelity Advisor Intermediate Muni (RJ) | C | Dividend | M | T | | | | | |
| 44. John Hancock Global Shareholder (RJ) | C | Dividend | | | Sold | 12/02/15 | M | A | |
| 45. Justice FCU POA Account | A | Interest | M | T | | | | | |
| 46. Citibank POA Accounts | A | Interest | L | T | | | | | |
| 47. Loan to Robert Wynn | | None | J | T | | | | | |
| 48. Blackrock Strat Income (RJ IRA) | C | Dividend | M | T | Buy | 12/02/15 | L | | |
| 49. Federated Stock and Muni (RJ) | C | Dividend | M | T | Sold | 06/03/15 | N | A | |
| 50. ▨ 401(K)(Fidelity)(Cont'd from 5) | | | | | | | | | |
| 51. -Large Cap Stock Index | A | Dividend | M | T | Open | 08/20/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W. | 05/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Small/Mid Cap Stock Index | | None | K | T | Open | 08/20/15 | K | | |
| 53. -Global Stock Fund | | None | M | T | Open | 08/20/15 | M | | |
| 54. -Stable Value Fund | A | Int./Div. | M | T | Open | 08/20/15 | M | | |
| 55. Century Link (Morgan Stanley) | B | Dividend | K | T | | | | | |
| 56. Fidelity Strategic Income (RJ IRA) | B | Dividend | L | T | Buy | 12/14/14 | K | | |
| 57. Vanguard Star (RJ IRA) | C | Dividend | L | T | Buy | 12/02/15 | L | | |
| 58. Vanguard Tax Managed Balanced (RJ) | C | Dividend | N | T | Buy | 06/30/15 | N | | |
| 59. Vanguard Total Market Index (RJ) | B | Dividend | M | T | Buy | 03/02/15 | K | | |
| 60. Hartford Intermediate Muni (RJ) | A | Dividend | M | T | Buy | 12/02/15 | M | | |
| 61. Vanguard Intermediate Muni (RJ) | A | Dividend | M | T | Buy | 12/02/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, line 1. Each ticket was unpriced. Value listed is pure speculation.

Part VII Column D has been left blank in many lines as transactions less than $1,000 or due to reinvestment of capital gains/dividends do not need to be reported (pg. 44 of instructions). In reality, there have been transactions but these fall outside of the reporting requirements.

Line 29-Cash (RJ): This is an FDIC insured cash account inside of the investment account. Deposits were made during the year, but they have been treated as bank deposits and not reportable (pg. 44 of instructions).

Liones 36-37: These were accounts within child's 529 plan that were sold during tax year 2015. Transactions to liquidate these funds were lower than the $1,000 reporting threshold; therefore, no dates are listed in Column 2 (Section D) but aggregate value codes are provided in Column 3 (Section D).

Lines 5-12 and 50-54: Gain codes are unknown as we do not have access to data reporting how much was contributed (net of rebalance changes) to the funds that were transferred.

Line 55: Years ago we transferred other shares from Morgan Stanley and they did not consolidate these shares with that transfer. Thus, this is the first year that CenturyLink at Morgan Stanley is being reported.

Line 56: Holding was erroneously omitted from 2014 report.

Line 49: Fund made additional purchases, reported below by date and value code:

01/16/15: K
02/17/15: K
03/16/15: K
12/02/15: M
12/18/15: K
01/20/16: K
02/19/16: K

Line 58: Fund made additional purchases, reported below by date and value code:

12/10/15: J
01/08/16: J
02/10/16: J
03/10/16: J

Line 59: Fund made additional purchases, reported below by date and value code:

04/01/15: K
04/30/15: K
06/01/15: K
06/30/15: K

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard W. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544